# LAW OFFICES OF
# WILLIAM J. COURTNEY, L.L.C.

200 MAIN STREET
P.O. BOX 112
FLEMINGTON, NEW JERSEY 08822
TEL.: (908) 782-5900
FAX: (908) 782-7001

WILLIAM J. COURTNEY ○ □
LAURIE J. BICE ○ □
BRIAN DEROSA ○
RICHARD D. DEL MONACO ○

MARK G. YATES ○
JOANNE GARDNER ○ □
OF COUNSEL

○ NEW JERSEY BAR
□ PENNSYLVANIA BAR
• NEW YORK BAR

SENDER'S EMAIL: RDELMONACO@COURTNEY-LAW.COM

December 23, 2009

**_VIA FACSIMILE ONLY (609-989-0463)_**
Hon. Garrett E. Brown, Jr., Chief Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 4050
402 East State Street
Trenton, NJ 08608

      Re: Lopez v. The Town of Dover
          Civil Action 2:08-cv-02115

Dear Judge Brown:

     I am writing this letter on behalf of Plaintiff, pursuant to the directions received from your chambers, regarding the Order of Dismissal entered on October 24, 2009, in the above referenced matter. A copy of that Order is attached hereto. In that Order, the parties were given 60 days to reopen the action if the settlement was not consummated. To date, Plaintiff has not received a check from Defendants, which was due on December 11, 2009, according to the terms of the Release that was executed.

     I have left telephone messages for my adversary, but have not been able to reach her. Therefore, I am requesting a 30 day extension on the Order of Dismissal, in order to try to resolve this matter.

     I am sending a copy of this letter to my adversary. Thank you for your consideration of this request.

*REQUEST GRANTED.*
*SO ORDERED THIS 23rd DAY*
*OF DECEMBER, 2009.*

Respectfully submitted,

Richard D. Del Monaco

cc: Leslie Koch, Esq.
    A. Lopez

*Garrett E. Brown*
GARRETT E. BROWN, JR., U.S.D.J.

22 PINE STREET, MORRISTOWN, NJ 07960 (973) 539-9111      67 WALL STREET, 22ND FLOOR, NEW YORK, NY 10005 (212) 926-3200